**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Justin Eads, | No. CV-20-00019-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

Pending before the Court are Plaintiff's Motion for Extension of Time to Complete Discovery (Doc. 338) and Motion to Amend Scheduling Order (Doc. 339). This case is currently stayed by order of the Court pending settlement conference (Doc. 329) and resolution of Plaintiff's Motion to Appoint Counsel (Doc. 337). At such time the stay is lifted, an order updating case deadlines shall issue. Accordingly,

**IT IS ORDERED** the Plaintiff's Motion for Extension of Time to Complete Discovery (Doc. 338) and Motion to Amend Scheduling Order (Doc. 339) are **denied**.

Dated this 14th day of August, 2024.

_Jennifer G. Zipps_
United States District Judge